UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                                                     :

NATALIA JUSCINSKA,                                          :

                             Plaintiff,                          :
                                                                                 :     22 Civ. 1972 (JPC)
            -v-                                                     :
                                                                                 :     ORDER

BUTTERCUP SKINCARE, LLC, *et al.*,            :

                           Defendants.                  :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff has filed a notice of voluntary dismissal with prejudice with respect to its claims against Defendant Buttercup Skincare, LLC. Dkt. 14. And Plaintiff and Defendant 430 West 46th Street Housing Development Fund Corporation ("430 West") have filed a stipulation of dismissal with prejudice. Dkt. 15. There are remaining cross claims brought by 430 West against Buttercup Skincare. *See* Dkt. 11 at 7-10. By June 14, 2022, 430 West shall file a letter explaining whether it intends to continue to prosecute those cross claims against Buttercup Skincare.

      SO ORDERED.

Dated: June 7, 2022                                   _____
      New York, New York                         JOHN P. CRONAN
                                                               United States District Judge